## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____
                                              :

CHERYL COVINGTON,            :     Case No.:1:22-cv-4000
individually, and on behalf of   :
all others similarly situated,    :
                                              :

                 *Plaintiff,*     :
                                              :

      v.                          :
                                              :

GIFTED NURSES, LLC d/b/a    :
GIFTED HEALTHCARE        :
                                            :

              *Defendant.*    :
                                            :
_____ :

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND
## MOTION TO VACATE ALL DEADLINES

Plaintiff Cheryl Covington ("Plaintiff") and Defendant Gifted Nurses, LLC d/b/a Gifted Healthcare ("Gifted") (collectively hereinafter "the Parties") hereby respectfully notify this Honorable Court that the Parties have agreed in principle to settle the above-captioned matter on a class-action basis. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement and Motion for Preliminary Approval of Settlement under Rule 23(e) of the Federal Rules of Civil Procedure.

The Parties respectfully request sixty (60) days to file a Motion for Preliminary Settlement. The Parties further request that all deadlines be vacated.

Respectfully submitted, this 19th day of December, 2023.

/s/ *Vess A. Miller*

Vess A. Miller
Cohen & Mallad, LLP
1 Indiana Sq. Suite 1400
Indianapolis, Indiana, 46204
vmiller@cohenandmalad.com


/s/ *Jill H. Fertel*

Jill H. Fertel
Benjamin Leonard
Cipriani & Werner, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
jfertel@c-wlaw.com
bleonard@c-wlaw.com