UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
:
CHERYL COVINGTON,                           :   Case No.:1:22-cv-4000
individually, and on behalf of              :
all others similarly situated,              :
                                            :
                                            :
          *Plaintiff,*                      :
                                            :
     v.                                     :
                                            :
                                            :
GIFTED NURSES, LLC d/b/a                    :
GIFTED HEALTHCARE                           :
                                            :
          *Defendant.*                      :
                                            :
_____ :

## ORDER

Upon consideration of the Parties' Notice of Settlement in Principle and Motion to Vacate All Deadlines, it is hereby **ORDERED** that the Parties' Motion to Vacate All Deadlines be and hereby is **GRANTED** and all deadlines in the above captioned action are hereby **VACATED**; and it is further **ORDERED** that the Parties shall filed a Preliminary Motion for Approval of Settlement on or before February 23, 2024.

**SO ORDERED, this 16th day of February, 2024.**

_____
VICTORIA M. CALVERT
U.S. DISTRICT JUDGE