# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL COVINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIFTED NURSES, LLC d/b/a GIFTED HEALTHCARE,<br><br>Defendant. | Case No. 1:22-cv-04000-VMC<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Cheryl Covington respectfully moves this Court for an Order (1) preliminarily approving the parties' Settlement Agreement in resolution of this action; (2) approving the Notice Plan and authorizing dissemination of the Notices to the Class; (3) preliminarily certifying the Class for settlement purposes; (4) scheduling a Fairness Hearing; and (5) entering the accompanying Order Preliminarily Approving Class Settlement.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Lynn A. Toops and exhibits attached thereto (including the Settlement Agreement, attached as **Exhibit A**), and all files, records, and

1

proceedings in this matter. Defendant does not oppose the motion as parties to the Settlement.

Dated: February 23, 2024

Respectfully submitted,
/s/ Joseph B. Alonso
Joseph B. Alonso
Georgia Bar No. 013627
ALONSO & WIRTH
1708 Peachtree St., Ste. 207
Atlanta, GA 30309
Tel: (678) 928-4509
jalonso@alonsowirth.com

Samuel Strauss (pro hac vice)
Raina Borelli (pro hac vice)
TURKE & STRAUSS, LLP
613 Williamson Street Suite 201
Madison, WI 53703
Ph: (608) 237-1775
Email: Sam@turkestrauss.com
Email: raina@turkestrauss.com

Lynn A. Toops (pro hac vice)
Amina A. Thomas (pro hac vice)
Lisa M. La Fornara (pro hac vice)
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com
llafornara@cohenandmalad.com

J. Gerard Stranch, IV (pro hac vice)
Andrew E. Mize (pro hac vice)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200

Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL COVINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIFTED NURSES, LLC d/b/a GIFTED HEALTHCARE,<br><br>Defendant. | **Case No. 1:22-cv-04000-VMC**<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

This is to certify that on February 23, 2024 that I prepared **Plaintiff's Unopposed Motion For Preliminary Approval Of Class Settlement** in Time New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                         */s/ Joseph B. Alonso*
                                         Joseph B. Alonso
                                         Georgia Bar No. 013627