# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-04000-VMC
### Covington v. Gifted Nurses, LLC
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Chambers on 03/07/2024.

TIME COURT COMMENCED: 1:00 P.M.
TIME COURT CONCLUDED: 1:15 P.M.           COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:15                      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joseph Alonso representing Cheryl Covington<br>Lynn Toops representing Cheryl Covington<br>** Jill H. Fertel |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Court discussed the Preliminary Class Settlement with the parties. |