# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL COVINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIFTED NURSES, LLC d/b/a GIFTED HEALTHCARE,<br><br>Defendant. | Case No. 1:22-cv-04000-VMC<br><br>**JOINT NOTICE OF ADJUSTMENT TO CLASS SIZE** |

Plaintiff Cheryl Covington and Defendant Gifted Nurses, LLC d/b/a Gifted Healthcare ("Gifted") respectfully give notice that during the process of compiling the Class List for purposes of providing notice to Class Members, Gifted determined that there were fewer unique persons with contact information who are to be included in the Class than original believed, reducing the number of such persons from 13,770 to 11,317. Accordingly, the parties have adjusted the number listed in the "Settlement Class" listed in the Settlement Agreement appropriately. *See* Ex. A. This change does not affect any other aspects of the agreement or notice previously approved by the Court.

Dated: April 17, 2024

Respectfully submitted,
/s/ Joseph B. Alonso
Joseph B. Alonso
Georgia Bar No. 013627
ALONSO & WIRTH

1

1708 Peachtree St., Ste. 207
Atlanta, GA 30309
Tel: (678) 928-4509
jalonso@alonsowirth.com

Samuel Strauss (pro hac vice)
Raina Borelli (pro hac vice)
TURKE & STRAUSS, LLP
613 Williamson Street Suite 201
Madison, WI 53703
Ph: (608) 237-1775
Email: Sam@turkestrauss.com
Email: raina@turkestrauss.com

Lynn A. Toops (pro hac vice)
Amina A. Thomas (pro hac vice)
Lisa M. La Fornara (pro hac vice)
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com
llafornara@cohenandmalad.com

J. Gerard Stranch, IV (pro hac vice)
Andrew E. Mize (pro hac vice)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

/s/ Jill H. Fertel
Jill H. Fertel
Benjamin Leonard
Cipriani & Werner, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
jfertel@c-wlaw.com
bleonard@c-wlaw.com

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHERYL COVINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIFTED NURSES, LLC d/b/a GIFTED HEALTHCARE,<br><br>Defendant. | **Case No. 1:22-cv-04000-VMC** |

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

This is to certify that on April 17, 2024 that I prepared **Joint Notice of Adjustment to Class Size** in Time New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Joseph B. Alonso*
Joseph B. Alonso
Georgia Bar No. 013627