# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL COVINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIFTED NURSES, LLC d/b/a GIFTED HEALTHCARE,<br><br>Defendant. | Case No. 1:22-cv-04000-VMC<br><br>**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Cheryl Covington respectfully moves this Court to enter the agreed Final Approval Order, which grants final approval to the Class Action Settlement Agreement and Release, Dkt. 40-2, at 4–54. This Motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Patrick M. Passarella and exhibits attached thereto, and all files, records, and proceedings in this matter. Defendant does not oppose the motion, and no class member has objected to the Settlement.

Dated: June 11, 2024

Respectfully submitted,
/s/ Joseph B. Alonso
Joseph B. Alonso (Ga. Bar # 013627)
**ALONSO & WIRTH**
1708 Peachtree St., Ste. 207

1

Atlanta, GA 30309
Tel: (678) 928-4509
jalonso@alonsowirth.com

Samuel Strauss (pro hac vice)
Raina Borrelli (pro hac vice)
**STRAUSS BORRELLI PLLC**
980 Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (pro hac vice)
Amina A. Thomas (pro hac vice)
Lisa M. La Fornara (pro hac vice)
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com
llafornara@cohenandmalad.com

J. Gerard Stranch, IV (pro hac vice)
Andrew E. Mize (pro hac vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

*Counsel for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL COVINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIFTED NURSES, LLC d/b/a GIFTED HEALTHCARE,<br><br>Defendant. | **Case No. 1:22-cv-04000-VMC**<br><br>**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

This is to certify that on June 11, 2024, that I prepared **Plaintiff's Unopposed Motion for Final Approval of Class Settlement** in Time New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Joseph B. Alonso*
Joseph B. Alonso (Ga. Bar # 013627)