# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04000-VMC
## Covington v. Gifted Nurses, LLC
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 08/01/2024.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:45 A.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:15                  DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Antima Chakraborty representing Gifted Nurses, LLC<br>Jill Fertel representing Gifted Nurses, LLC<br>Lynn Toops representing Cheryl Covington |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Zoom hearing held. Court heard from the parties on the pending motions. Written order to follow. |